IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD DIVISION)

| | |
|---|---|
| TAMARA SKUBE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No.  12-3185 |
| DEPUTY TRAVIS KOESTER IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES at the Sangamon County Sheriff's Office | ) ) ) ) ) |
| Defendants. | ) |

### AGREED MOTION TO DISMISS

NOW COME the parties, Tamara Skube, and Defendants, Travis Koester and Sangamon County, and pursuant to Federal Rule of Civil Procedure 41, do hereby stipulate that this cause of action shall be dismissed, with prejudice, with each party to bear its own costs.

BY:

/s/ Daniel A. Noll
DANIEL A. NOLL
Reg. No. 228987
Noll Law Office
930 E. Monroe
Springfield, Illinois 62701
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: dannoll@noll-law.com


/s Theresa M. Powell
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
Springfield, IL 62711